IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>VERONICA M. SANDOVAL, SERVANDO V. URIAS, ALEJANDRO G. VALENCIA, and PRECILIANO H. LOPEZ,<br><br>Defendants. | **8:20CR209**<br><br>**ORDER** |

Defendant Lopez has moved for a 45-day continuance of a trial set to commence today. (Filing No. 67). On April 21, 2021, the court ordered that the trial as to all defendants was continued from April 26, 2021 to July 12, 2021. (Filing No. 66).

Accordingly,

IT IS ORDERED that Lopez' motion, (Filing No. 67), is denied as moot.

Dated this 26th day of April, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge